UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jeffrey Larson,

      Plaintiff,

v.

Judge Nicholas Grey and Frank Bisignano,
*Commissioner of the Social Security
Administration*,

      Defendants.

File No. 25-cv-4343 (ECT/ECW)

**ORDER ACCEPTING REPORT
AND RECOMMENDATION**

---

Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation on December 18, 2025. ECF No. 4. She recommends dismissing Plaintiff Jeffrey Larson's action for failure to prosecute under Federal Rule of Civil Procedure 41(b). ECF No. 4 at 2. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error.[1] *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1.      The Report and Recommendation [ECF No. 4] is **ACCEPTED**; and

---

[1]      The Clerk's Office has mailed the Report and Recommendation to Mr. Larson three times, and each time it has been returned as undeliverable. *See* Dkt. After every unsuccessful attempt, the Clerk's Office called the phone number Mr. Larson provided and left a message asking him to update his address. He has not responded. It is Mr. Larson's responsibility to monitor the docket and the proceedings of the litigation he initiated. *Heiderscheid v. Dakota Cnty. Sheriff's Off.*, No. 18-cv-1180 (JNE/LIB), 2020 WL 5106816, at *1 n.1 (D. Minn. Aug. 31, 2020). His failure to do so reinforces the propriety of dismissal under Rule 41(b).

2.    Plaintiff's Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 4, 2026                        s/ Eric C. Tostrud
                                            Eric C. Tostrud
                                            United States District Court